The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| David L. Garrison, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV09-1728JPD |
| | ) | |
| v. | ) | **AFFIDAVIT OF** |
| | ) | **JONATHON T. NAPLES** |
| Merchant & Gould, P.C., a Minnesota professional corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

STATE OF MINNESOTA   )
                     ) ss
COUNTY OF HENNEPIN   )

JONATHON T. NAPLES, being first duly sworn, on oath deposes and states as follows:

1. I am an attorney with the law firm of Leonard, Street and Deinard, attorneys for Defendant, Merchant & Gould, P.C., and I submit this affidavit in support of Defendant's Motion for Summary Judgment.

AFFIDAVIT OF
JONATHON T. NAPLES - 1
Case No. CV 09-1728JPD

LEONARD, STREET AND DEINARD
*Professional Association*
150 South Fifth Street
Suite 2500
Minneapolis, Minnesota  55402
Telephone: 612.335.1500
Facsimile: 612.335.1657

7347586v1

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the deposition of David L. Garrison, taken on August 19, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 1 to the deposition transcript of David L. Garrison.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit 2 to the deposition transcript of David L. Garrison.

5. Attached hereto as Exhibit D is a true and correct copy of Exhibit 9 to the deposition transcript of David L. Garrison.

6. Attached hereto as Exhibit E is a true and correct copy of Defendant's answer to Plaintiff's Interrogatory No. 7 and Defendant's verification of its interrogatory answers.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant's answer to Plaintiff's Interrogatory No. 10 and Defendant's verification of its interrogatory answers.

8. Attached hereto as Exhibit G is a true and correct copy of Exhibit 39 to the deposition transcript of David L. Garrison.

9. Attached hereto as Exhibit H is a true and correct copy of Exhibit 40 to the deposition transcript of David L. Garrison.

10. Attached hereto as Exhibit I is a true and correct copy of an email from Duncan Turner to Richard Pins, dated August 24, 2010.

AFFIDAVIT OF
JONATHON T. NAPLES - 2
Case No. CV 09-1728JPD

LEONARD, STREET AND DEINARD
*Professional Association*
150 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402
Telephone: 612.335.1500
Facsimile: 612.335.1657

7347586v1

|   |   |
|---|---|
| 1 | s/Jonathon T. Naples |
|   | Jonathon T. Naples |

Subscribed and sworn to before me
this 6th day of January, 2011.

s/Molly C. Ocel
Notary Public

My commission expires January 31, 2015.

AFFIDAVIT OF
JONATHON T. NAPLES - 3
Case No. CV 09-1728JPD

LEONARD, STREET AND DEINARD
*Professional Association*
150 South Fifth Street
Suite 2500
Minneapolis, Minnesota  55402
Telephone: 612.335.1500
Facsimile: 612.335.1657

7347586v1